**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| | DOCKET NO. |
| United States of America<br>v.<br>**Megan Marie Floyd**; DOB: 1991; United States Citizen<br>**Jaylene Emerald Weitzman**; DOB: 1996; United States Citizen | MAGISTRATE'S CASE NO.<br><br>22-02817MJ |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about January 28, 2022, at or near Nogales, in the District of Arizona, **Megan Marie Floyd** and **Jaylene Emerald Weitzman** did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).
All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 28, 2022, Customs and Border Protection Officers (CBPOs) encountered **Megan Marie FLOYD** and **Jaylene Emerald WEITZMAN** as they applied for entry into the United States from the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. **FLOYD** was the driver of a 2015 GMC Terrain that is registered to **WEITZMAN**. In primary inspection, **FLOYD** offered an Arizona drivers license as identification and CBPOs noticed **WEITMAN** was hesitant to provide identification. CBPOs referred **FLOYD** and **WEITZMAN** to secondary for further inspection where the vehicle was scanned with the Z-Portal x-ray scanner. CBPOs then conducted a pat down of both **FLOYD** and **WEITZMAN**. CBPOs asked **WEITZMAN** if she had any drugs on her person to which she stated she did not but during the pat down, CBPOs discovered a hard protrusion in her vaginal area. CBPOs asked **FLOYD** if she had any drugs on her to which she responded "yes". **WEITZMAN** voluntarily removed one package and **FLOYD** voluntarily removed two packages which were concealed in their vaginal areas. A representative sample of the contents of the packages tested positive for the characteristics of fentanyl. The fentanyl had a total weight of 374.1 grams.

After waiving her *Miranda* rights, **FLOYD** stated she was approached by **WEITZMAN** on the morning of January 28, 2022, about driving into Mexico for the purpose of smuggling drugs back into the United States. **FLOYD** stated that upon arriving in Mexico, she and **WEITZMAN** were convinced to smuggle drugs on their persons.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/pl<br>AUTHORIZED AUSA *Julie A. Sottosanti* | SIGNATURE OF COMPLAINANT<br><br>RICHARD A EUSTIS  Digitally signed by RICHARD A EUSTIS<br>Date: 2022.01.31 09:56:11 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent<br>Richard Eustis |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>January 31, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54